**LAW OFFICE OF ROBERT E. DRESCHER**
Robert E. Drescher, Esq. State Bar No. 190886
24781 Valley Street, Suite B
Newhall, California 91321
(661) 291-1903  FAX (661) 291-2428

Attorney Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA ELWOOD, TERRI ELWOOD, EDWARD ELWOOD, ANTHONY DELAPLANE, AMY MEINKE, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT DRESCHER, ROBERT W. ZAKON, VALERIE SKEBA, TERRY FRIEDMAN, STEFF PADILLA, JOHN P. FARRELL, HAIG KEHIAYAN, WILLIAM, A. MACLAUGHLIN, JORDAN TORGERSON (in her official capacity), JUDY HUTCHINSON (in her individual capacity), PAMELA DANOWSKI (in her individual capacity), CALIFORNIA DEPT OF JUSTICE, CALIFORNIA FRANCHISE TAX BOARD, INTERNAL REVENUE SERVICE, <br><br> Defendants. | Case No. CV 02-04656 LGB (FMOx) <br> (Honorable Lourdes G. Baird) <br><br> **JUDGEMENT IN FAVOR OF DEFENDANT ROBERT DRESCHER** <br> **[F.R.C.P. 12(b)(6)]** |

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Page: 1
JUDGEMENT IN FAVOR OF ROBERT DRESCHER

Defendant ROBERT DRESCHER's motion to dismiss plaintiff DARLA ELWOOD, TERRI ELWOOD, EDWARD ELWOOD, ANTHONY DELAPLANE, AMY MEINKE's complaint was set for hearing on September 9, 2002, in department 780 of the above-referenced court, before Judge Lourdes Baird presiding. After oral argument, the court took the matter under submission and later issued it ruling.

After consideration of the moving, opposition and reply papers, the Court **GRANTED** defendant, ROBERT DRESCHER's motion in its entirety for reasons set forth in the Court's ~~minute~~ order of September 13, 2002.

**THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED** that having granted defendant, ROBERT DRESCHER's Motion to Dismiss pursuant to Federal Rules of Civil Procedure Section 12(b)(6), without leave to amend, final judgement is hereby entered in favor of Defendant, ROBERT DRESCHER, and Plaintiffs, DARLA ELWOOD, TERRI ELWOOD, EDWARD ELWOOD, ANTHONY DELAPLANE, AMY MEINKE, shall take nothing by way of their Complaint against him. Defendant, ROBERT DRESCHER is also awarded costs in an amount to be determined at a later date.

///

///

///

///

///

DATED: 9/30/02

*[signature]*
HONORABLE LOURDES G. BAIRD
U.S. DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

This Order prepared and sought by
Robert E. Drescher, Attorney Pro Se
on September 25, 2002

*[signature]*
ROBERT E. DRESCHER

## PROOF OF SERVICE BY MAIL

(FRCivP 5(b)) or
CCP 1013a, 2015.5) or
(FRAP 25(d)

I am employed in the County of Los Angeles, State of California. I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of this business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed with this firm with postage thereon fully prepaid for collection and mailing.

**JUDGEMENT IN FAVOR OF DEFENDANT ROBERT DRESCHER** on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Law Office of Robert E. Drescher, 24781 Valley Street, Suite B, Newhall, California, 91321, in accordance with this firm's ordinary business practices:

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed at Newhall, California, this 25th day of September, 2002.

_____
Vicky Leon

MAILING LIST

Patricia J. Barry, Esq.
548 So. Spring Street, Suite 1040
Los Angeles, CA 90013
(Attorney for Plaintiffs)


Anita Susan Brenner, Esq.
TORRES & BRENNER
301 East Colorado Blvd., Suite 614
Pasadena, CA 91101
(Attorney for Defendant Judy Hutchenson)

Sandra Barrientes, Deputy Attorney General
300 S. Spring Street
Suite 5000
Los Angeles, CA 90013
(Attorney for County Judges, Zakon, Skeba, Friedman, Padilla and MacLaighlin)