Anita Susan Brenner, Esq. (SBN 058741)
**TORRES & BRENNER**
ATTORNEYS AT LAW
301 EAST COLORADO BOULEVARD, SUITE 614
PASADENA, CALIFORNIA 91101
(626) 792-3175

**Attorneys for** Defendant JUDY HUTCHINSON

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
___ Send
_X_ Clsd
_X_ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA ELWOOD, TERRI ELWOOD, EDWARD ELWOOD, ANTHONY DECAPLANE, AMY MEINKE, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT DRESCHER, ROBERT W. ZAKON, VALERIE SKEBA, TERRY FRIEDMAN, STEFF PADILLA, JOHN P. FARRELL, HAIG KEHIAYAN, WILLIAM A. MACLAUGHLIN, JORDAN TORGERSON (in her official capacity), JUDY HUTCHINSON (in her individual capacity), PAMELA DANOWSKI (in her individual capacity), CALIFORNIA DEPT OF JUSTICE, CALIFORNIA FRANCHISE TAX BOARD, INTERNAL REVENUE SERVICE, <br><br> Defendants. | CASE NO. CV-02-04656 LGB (FMOx) <br> (Honorable Lourdes G. Baird) <br><br> JUDGEMENT IN FAVOR OF DEFENDANT JUDY HUTCHINSON <br><br> [F.R.C.P. 12(b)(6)] |

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 10 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Defendant Judy Hutchinson's motion to dismiss plaintiffs' complaint was set for hearing on September 9, 2002 at 10:00 a.m. in court room G-8 of the above referenced court, Judge Lourdes Baird presiding.

After consideration of the moving, opposition and reply

---
1
[JUDGEMENT IN FAVOR OF DEFENDANT JUDY HUTCHINSON]

[CV-02-04656 LGB (FMOx)]

papers, the Court **GRANTED** defendant Judy Hutchinson's motion to dismiss plaintiffs' complaint for reasons set forth in the Court's order dated September 11, 2002.

**THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED** that defendant Judy Hutchinson's motion to dismiss plaintiffs' complaint is granted.

DATED: October 7, 2002

_____
Honorable Lourdes G. Baird
United States District Court Judge
Central District of California

---

2
[JUDGEMENT IN FAVOR OF DEFENDANT JUDY HUTCHINSON]

[CV-02-04656 LGB (FMOx)]

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 E. Colorado Street, Suite 614, Pasadena, California 91101.

On **September 30, 2002**, I served the following documents regarding this action described as:

**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

[ ]     by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[X]     by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST.**

[X]     (By Mail) I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Mail postal service on that same day with postage thereon fully prepaid at Pasadena California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **September 30, 2002**, at Pasadena, California.

[]     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Dora Partida*
Dora Partida

---

3

[JUDGEMENT IN FAVOR OF DEFENDANT JUDY HUTCHINSON]

[CV-02-04656 LGB (FMOx)]

<pre>
1                        PROOF OF SERVICE LIST

2
   Patricia J. Barry, Esq.
3  548 S. Spring Street, Suite 1040
   Los Angeles, CA 90013
4  (Attorney for plaintiffs Darla Elwood, Terri Elwood, Edward Elwood,
    Anthony Delaplane and Amy Meinke)
5
   Robert E. Drescher, Esq.
6  LAW OFFICE OF ROBERT E. DRESCHER
   24781 Valley Street, Suite B
7  Newhall, CA 91321
   (Attorney for Defendant Robert E. Drescher and for Joseph Morin in
8   related case)

9
   COURTESY COPY TO:
10
   Eugene West, Esq.
11 WEST & MIYAMOTO
   4880 Santa Rosa Road, Suite 240
12 Camarillo, CA 93012
   (Attorney for Defendant Rodney Delaplane in related case)
13
   Kevin Boyle, Esq.
14 Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   1055 W. 7th Street, Suite 2700
15 Los Angeles, CA 90017
   (Attorney for Defendant Robert Boyle in related case)
16

17

18

...

28
                                 4
          [JUDGEMENT IN FAVOR OF DEFENDANT JUDY HUTCHINSON]

                                           [CV-02-04656 LGB (FMOx)]
</pre>