PATRICIA J. BARRY (SBN 59116)
548 S. Spring St., Ste 1040
Los Angeles, CA 90013
Tele. (213) 995-0734
Fax (213) 995-0735

Attorney for Plaintiffs DARLA ELWOOD, TERRI ELWOOD, EDWARD ELWOOD, ANTHONY DELAPLANE, AMY MEINKE

Priority
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA ELWOOD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT DRESCHER, et al.,<br><br>Defendants. | CASE NO. CV 02-4656 LGB (FMOx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS SKEBA, ZAKON, FARRELL, MACLAUGHLIN, AND KEHIAYAN<br><br>DEPT: 780 (J. Baird) |

On September 16, 2002, the Court entered a decision and order dismissing all causes of action against Defendants VALERIE SKEBA, ROBERT ZAKON, JOHN P. FARRELL, HAIG KEHIAYAN, AND WILLIAM A. MACLAUGHLIN.

//
//
//
//
//
//

1

JUDGMENT IN FAVOR OF DEFS. SKEBA, ZAKON, FARRELL, MACLAUGHLIN, AND KEHIAYAN

1  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that final
2  judgment shall be entered in favor of Defendants VALERIE SKEBA, ROBERT
3  ZAKON, JOHN P. FARRELL, HAIG KEHIAYAN, AND WILLIAM A.
4  MACLAUGHLIN, and Plaintiffs Darla Elwood, Terri Elwood, Edward Elwood,
5  Anthony Delaplane, and Amy Meinke shall take nothing by way of their
6  Complaint. Defendants are entitled to costs in an amount to be determined at a
7  later dated.

9  DATED: March 14, 2003

LOURDES G. BAIRD, United States
District Judge, Central District of California

## PROOF OF SERVICE BY MAIL

1. I am employed in the City of Los Angeles and County of Los Angeles; I am over the age of 18 years and am not a party to the action entitled on the document to which this Proof of Service is attached; my business address is 548 S. Spring St, #1040, Los Angeles, CA 90013.

2. I served the foregoing [PROPOSED] "JUDGMENT IN FAVOR OF DEFENDANTS SKEBA, ZAKON, FARRELL, MACLAUGHLIN, AND KEHIAYAN" on the parties named below by enclosing a copy of said document in a sealed envelope addressed as set forth below and by depositing said envelope, with postage thereon fully prepaid, in the United States mail at Los Angeles, CA on March 13, 2003, as follows:

| Anita Brenner, Attorney<br>Torres & Brenner<br>301 E. Colorado Blvd., #614<br>Pasadena, Ca 91103 | Sandra Barrientos,<br>Dep. Atty Gen.<br>Office of Attorney General<br>300 S. Spring St.,<br>Los Angeles, CA<br>90013-1230 | Robert Drescher, in pro per<br>24781 Valley St., Ste B<br>Newhall, CA 91321 |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on March 13, 2003.

_William Leader_
WILLIAM LEADER